

# COURT OF APPEALS

CATHERINE STONE
  CHIEF JUSTICE
KAREN ANGELINI
SANDEE BRYAN MARION
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

KEITH E. HOTTLE
CLERK OF
COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

April 17, 2014

Gerald Anthony Uretsky
7750 Broadway
San Antonio, TX 78209
* DELIVERED VIA E-MAIL *

Lauren Scott
101 W Nueva Fl 3
San Antonio, TX 78205-3406
* DELIVERED VIA E-MAIL *

Minnie Faye Morgan
P. O. Box 593407
San Antonio, TX 78259
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    04-14-00175-CV
        Trial Court Case Number:    2012-PA-02469
        Style:  In the Interest of A.J.P., a Child

        Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

        If you should have any questions, please do not hesitate to contact me.

        Very truly yours,
        KEITH E. HOTTLE, CLERK

        Luz Estrada
        Deputy Clerk, Ext. 3219



# Fourth Court of Appeals
## San Antonio, Texas

April 17, 2014

No. 04-14-00175-CV

**IN THE INTEREST OF A.J.P.**, a Child,

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02469
Honorable Janet P. Littlejohn, Judge Presiding

# O R D E R

In this accelerated appeal of the trial court's February 14, 2014 order terminating Appellant's parental rights, Appellant's brief was due to be filed with this court on April 16, 2014. *See* TEX. R. APP. P. 38.6(a). On the brief's due date, Appellant filed an unopposed first motion for extension of time to file Appellant's brief and requested an additional twenty days.

Appellant's motion is GRANTED. Appellant's brief must be filed with this court not later than May 6, 2014. *See id.*; *see also* TEX. R. JUD. ADMIN. 6.2, *available at* http://www.supreme.courts.state.tx.us/MiscDocket/11/11925100.pdf (directing courts of appeals to dispose of SAPCR suits "[w]ithin 180 days of the date the notice of appeal is filed").

_/s/ Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of April, 2014.



_/s/ Keith E. Hottle_
Keith E. Hottle
Clerk of Court

Court of Appeals
Fourth Court of Appeals District
San Antonio, Texas

April 17, 2014

No. 04-14-00175-CV

**IN THE INTEREST OF A.J.P**., a Child,

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02469
Honorable Janet P. Littlejohn, Judge Presiding

# O R D E R

In this accelerated appeal of the trial court's February 14, 2014 order terminating Appellant's parental rights, Appellant's brief was due to be filed with this court on April 16, 2014. *See* TEX. R. APP. P. 38.6(a). On the brief's due date, Appellant filed an unopposed first motion for extension of time to file Appellant's brief and requested an additional twenty days.

Appellant's motion is GRANTED. Appellant's brief must be filed with this court not later than May 6, 2014. *See id.*; *see also* TEX. R. JUD. ADMIN. 6.2, *available at* http://www.supreme.courts.state.tx.us/MiscDocket/11/11925100.pdf (directing courts of appeals to dispose of SAPCR suits "[w]ithin 180 days of the date the notice of appeal is filed").

/s/ Patricia O. Alvarez
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of April, 2014.

/s/ Keith E. Hottle
Keith E. Hottle
Clerk of Court

ENTERED THIS 17TH DAY OF APRIL, 2014.

VOL.___PAGE___